**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> DANIEL MATTHEW HENDRICK <br> GINA MARIE HENDRICK <br><br> Debtor(s) <br> RONDA J. WINNECOUR, <br> Standing Chapter 13 Trustee, <br><br> Movant <br> vs. <br> PNC BANK NA <br><br> Respondents | Case No. 10-28580 TPA <br><br> Chapter 13 <br><br> Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

| | |
|---|---|
| PNC BANK NA <br> C/O WELTMAN WEINBERG & REIS CO LPA <br> 1400 KOPPERS BLDG <br> 436 7TH AVE <br> PITTSBURGH, PA 15219 | Court claim# 1-2/Trustee CID# 5 |

The Movant further certifies that on 05/15/2013 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour <br> RONDA J WINNECOUR PA ID #30399 <br> CHAPTER 13 TRUSTEE WD PA <br> 600 GRANT STREET |
| cc: debtor(s) <br>     original creditor <br>     putative creditor <br>     counsel for debtor(s) <br>     counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR <br> PITTSBURGH, PA  15219 <br> (412) 471-5566 <br> cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>DANIEL MATTHEW HENDRICK, GINA MARIE HENDRICK, 1446 HIDDEN TIMBER DRIVE, PITTSBURGH, PA 15220 | DEBTOR'S COUNSEL:<br>ROBERT W KOEHLER ESQ, 564 FORBES AVE, MANOR BLDG -14TH FL~PENTHOUSE, PITTSBURGH, PA 15219 |
| ORIGINAL CREDITOR'S COUNSEL:<br>WELTMAN WEINBERG & REIS CO LPA, ATTORNEYS AT LAW, 1400 KOPPERS BLDG, 436 SEVENTH AVE, PITTSBURGH, PA  15219 | :<br>PNC BANK NA, 7255 BAYMEADOWS WAY, MS JAXB2007, JACKSONVILLE, FL  32256 |
| ORIGINAL CREDITOR:<br>PNC BANK NA, C/O WELTMAN WEINBERG & REIS CO LPA, 1400 KOPPERS BLDG, 436 7TH AVE, PITTSBURGH, PA  15219 | |
| NEW CREDITOR: | |