**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DANIEL MATTHEW HENDRICK<br>GINA MARIE HENDRICK<br><br>Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>Movant<br>vs.<br>COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)<br><br>Respondents | Case No. 10-28580 TPA<br><br><br>Chapter 13<br><br><br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to UNNAMED ENTITY.  No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee.  [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.]  At some future point, the Trustee may seek leave to deposit the funds into Court.

| | |
|---|---|
| COMMONWEALTH FINANCIAL<br>SYSTEMS/NCC(*)<br>245 MAIN ST<br>DICKSON CITY, PA 18519 | Court claim# 13/Trustee CID# 16 |

The Movant further certifies that on 08/16/2013 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>DANIEL MATTHEW HENDRICK, GINA MARIE HENDRICK, 1446 HIDDEN TIMBER DRIVE, PITTSBURGH, PA 15220 | DEBTOR'S COUNSEL:<br>ROBERT W KOEHLER ESQ, 564 FORBES AVE, MANOR BLDG -14TH FL~PENTHOUSE, PITTSBURGH, PA 15219 |

ORIGINAL CREDITOR:
COMMONWEALTH FINANCIAL SYSTEMS/NCC(*), 245 MAIN ST, DICKSON CITY, PA  18519

NEW CREDITOR:
UNNAMED ENTITY