IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DANIEL MATTHEW & GINA MARIE HENDRICK,<br><br>Debtors,<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC.,<br><br>Movant/Claimant,<br><br>v.<br><br>DANIEL MATTHEW & GINA MARIE HENDRICK, and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>Respondents | Bankruptcy No. 10-28580 CMB<br><br>Chapter 13<br><br>Related to Doc. Nos. 135 and 137 |

## CERTIFICATE OF SERVICE OF MOTION TO REOPEN BANKRUPTCY PURSUANT TO 11 U.S.C. § 350(b) and NOTICE OF HEARING DATE WITH RESPONSE DEADLINE

I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below or on the attached list on March 14, 2017.

The types of service made on the parties were:

By Email:

Debtors Attorney     Robert W. Koehler          rkoehler@pghlaw.com

and,

By First-Class Mail to the following parties:

Daniel Matthew & Gina Marie Hendrick
Debtor
1446 Hidden Timber Drive
Pittsburgh, PA 15220

Ronda J. Winnecour
Chapter 13 Trustee
600 Grant Street, Suite 3250, USX Tower
Pittsburgh, PA 15219

United States Attorney's Office
633 U.S. Post Office and Courthouse Grant
Pittsburgh, PA 15219

David Berry, Bankruptcy Analyst
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

/s/ Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Commonwealth Financial Systems, Inc.