IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DANIEL MATTHEW & GINA MARIE HENDRICK,<br><br>    Debtors,<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC.,<br><br>    Movant/Claimant,<br><br> v.<br><br>DANIEL MATTHEW & GINA MARIE HENDRICK, and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>    Respondents | Bankruptcy No. 10-28580 CMB<br><br>Chapter 13<br><br>Related to Doc. No. 139 |

NOTICE OF HEARING WITH RESPONSE DEADLINE ON
MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT
PURSUANT TO 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq.

TO THE RESPONDENTS:

 You are hereby notified that the above Movant seeks an Order affecting your rights or property.

 You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than March 31, 2017, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedure of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

 You should take this to your lawyer at once.

 A hearing will be held on April 12, 2017, at 10:00 a.m. before Judge Carlota M. Bohm, at the Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

An order granting relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esquire
PA I.D. #87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Commonwealth Financial Systems, Inc.

Date of service: March 14, 2017