IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DANIEL MATTHEW & GINA MARIE HENDRICK,<br><br>            Debtor,<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC.,<br><br>            Movant/Claimant,<br><br>    v.<br><br>DANIEL MATTHEW & GINA MARIE HENDRICK,<br>and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>            Respondents | Bankruptcy No. 10-28580-CMB<br><br>Chapter 13<br><br>Related to Doc. Nos. 97, 139 and 140 |

CERTIFICATE OF SERVICE OF
MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT
PURSUANT TO 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq.
and
NOTICE OF HEARING WITH RESPONSE DEADLINE

    I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below or on the attached list on March 14, 2017.

    The types of service made on the parties were:

By Email:

Debtors Attorney    Robert W. Koehler        rkoehler@pghlaw.com

and,

By First-Class Mail to the following parties:

| | |
|---|---|
| Daniel Matthew & Gina Marie Hendrick<br>Debtor<br>1446 Hidden Timber Drive<br>Pittsburgh, PA 15220 | Ronda J. Winnecour<br>Chapter 13 Trustee<br>600 Grant Street, Suite 3250, USX Tower<br>Pittsburgh, PA 15219 |
| United States Attorney's Office<br>633 U.S. Post Office and Courthouse Grant<br>Pittsburgh, PA 15219 | David Berry, Bankruptcy Analyst<br>Office of the United States Trustee<br>Suite 970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 |

/s/ Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Commonwealth Financial Systems, Inc.