IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> DANIEL MATTHEW & GINA MARIE HENDRICK, <br><br> Debtors, <br><br> COMMONWEALTH FINANCIAL SYSTEMS, INC., <br><br> Movant/Claimant, <br><br> v. <br><br> DANIEL MATTHEW & GINA MARIE HENDRICK, and <br> RONDA J. WINNECOUR, Ch. 13 Trustee <br><br> Respondents | Bankruptcy No. 10-28580 CMB <br><br> Chapter 13 <br><br> Related to Doc. Nos. 135 and 137 |

CERTIFICATE OF NO OBJECTION OR RESPONSE TO
MOTION TO REOPEN BANKRUPTCY PURSUANT TO 11 U.S.C. § 350(b)

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reopen, filed at Doc. No. 135 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than March 31, 2017.

      It is hereby respectfully requested that the Order attached to the Movant's Motion for Order Directing Payment of Funds be entered by the Court.

Dated: April 3, 2017

      Respectfully submitted,

      By: /s/ Peter J Ashcroft
      Peter J Ashcroft, Esq.
      PA I.D. # 87317
      Bernstein-Burkley, P.C.
      pashcroft@bernsteinlaw.com
      707 Grant Street, Suite 2200, Gulf Tower
      Pittsburgh, PA 15219
      (412) 456-8107
      Fax: (412) 456-8255

      Counsel for Commonwealth Financial Systems, Inc.