IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> DANIEL MATTHEW & GINA MARIE HENDRICK, <br><br> Debtor, <br><br> COMMONWEALTH FINANCIAL SYSTEMS, INC., <br><br> Movant/Claimant, <br><br> v. <br><br> DANIEL MATTHEW & GINA MARIE HENDRICK, <br> and <br> RONDA J. WINNECOUR, Ch. 13 Trustee <br><br> Respondents | Bankruptcy No. 10-28580 CMB <br><br> Chapter 13 <br><br> Related to Doc. Nos. 139 and 140 |

CERTIFICATE OF NO OBJECTION OR RESPONSE TO
MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT
PURSUANT TO 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq.

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Order Directing Payment of Funds, filed at Doc. No. 139 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than March 31, 2017. It is hereby respectfully requested that the Order attached to the Movant's Motion for Order Directing Payment of Funds be entered by the Court.

Dated: April 3, 2017

Respectfully submitted,

By: /s/ Peter J Ashcroft
Peter J Ashcroft, Esq.
PA I.D. # 87317
Bernstein-Burkley, P.C.
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8255
Counsel for Commonwealth Financial Systems, Inc.