IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DANIEL MATTHEW & GINA MARIE HENDRICK,<br><br>Debtors,<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC.,<br><br>Movant/Claimant,<br><br>v.<br><br>DANIEL MATTHEW & GINA MARIE HENDRICK, and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>Respondents | Bankruptcy No. 10-28580 CMB<br><br>Chapter 13<br><br>Related to Doc. No. 97<br><br>re doc. 135 |

**ENTERED BY DEFAULT**

<u>ORDER OF COURT</u>

AND NOW, this ____3rd____ day of ____April____, 2017, upon consideration of the foregoing Motion to Reopen Bankruptcy Pursuant to 11 U.S.C. § 350(b) it is hereby ORDERED that the Hendrick bankruptcy is reopened.

BY THE COURT:

*Carlota M. Böhm*  dms
Hon. Carlota M. Bohm
United States Bankruptcy Court Judge

FILED
4/3/17 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Daniel Matthew Hendrick  
Gina Marie Hendrick  
    Debtors

Case No. 10-28580-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: amaz      Page 1 of 2      Date Rcvd: Apr 03, 2017  
Form ID: pdf900      Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.

```
db/jdb         +Daniel Matthew Hendrick,    Gina Marie Hendrick,    1446 Hidden Timber Drive,
                 Pittsburgh, PA 15220-4721
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    200 Allegheny Center Mall,
                 Pittsburgh, PA 15212-5339
cr              JPMorgan Chase Bank, NA as servicer for PNC BANK,    Mail Code LA4-5555   700 Kansas Lane,
                 Monroe, LA   71203
12907264        AAI,    3025 West Sahara Avenue,    Las Vegas, NV 89102-6094
12907266        AT&T Mobility,    c/o Nationwide Recovery System,    3000 Kellway Dr., Ste 108,
                 Carrollton, TX 75006-3304
12907267        Bennet Law,    PO Box 9163,    Midvale, UT 84047-9163
12907269        Certegy,    PO Box 30046,    Tampa, FL 33630-3046
12907271        Chase,    11200 West Parkland Avenue,    PO Box 3139,    Milwaukee, WI 53201-3139
12907272       +Chase Home Finance LLC,    Attn: Customer Interaction Correspondenc,    PO Box 44118,
                 Jacksonville, FL 32231-4118
12907273       +Children's Dental Program,    4401 Penn Avenue, Floor 3,    Pittsburgh PA 15224-1334
12978729       +Children's Dental Program,    4401 Penn Avenue, 7th Floor,    Faculty Building,
                 Pittsburgh, PA 15224-1334
13009048       +City Co Federal Credit Union,    220 Grant Street,    Pittsburgh, PA 15219-2123
12907275       +City County Federal Credit Union,    220 Grant Street,    Pittsburgh, PA 15219-2123
12907276       +Comcast,    300 Corliss Street,    Pittsburgh, PA 15220-4864
12907277        Commonwealth Financial System (Citibank),    245 Main Street,    Dickson City, PA 18519-1641
12907278        Credit Management Company (Met Ent),    State Collection Service,    2509 Stoughton Road,
                 Madison, WI 53716-3314
12907279        Department of the Treasury,    Financial Management Service,    PO Box 830794,
                 Birmingham, AL 35283-0794
12907281        Dollar Bank,    Financial Management Services,    PO Box 830794,    Birmingham, AL 35283-0794
12907282        Dollar Bank,    Attn: Kimberly Renda,    PO Box 3969,    Pittsburgh, PA 15230-3969
13008671        Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 Suite 2200, Gulf Tower,    Pittsburgh, PA   15219
12907287       +ERS Solutions Inc,    PO Box 9004,    Renton, WA 98057-9004
12907284        Eagle Physical Therapy,    c/o Collection Service Center,    PO Box 68,    Altoona, PA 16603-0068
12907285      #+Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
12984488       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
12907286        Erie Insurance Exchange,    RMS,    77 Hartland St, Suite 401,    PO Box 280431,
                 East Hartford, CT 06128-0431
12907290       +NRA Group,    c/o National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
12907291       +Oxford Management Services,    135 Maxess Road,    Suite 2A,    Melville, NY 11747-3801
12907294       +PNC Bank, NA,    225 Fifth Ave,    Pittsburgh, PA 15222-2730
12932386        PNC Bank, National Association,    Weltman, Weinberg & Reis, Co. L.P.A.,
                 1400 Koppers Building, 436 7th Avenue,    Pittsburgh, PA 15219
12907293        Patrick Thomas Woodman, Esquire,    1400 Koppers Building,    Pittsburgh, PA 15219
13001271       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street 14th Floor,    Pittsburgh PA 15219-6101
12907295        Professional Account Management,    Collection Service Division,    PO Box 391,
                 Milwaukee, WI 53201-0391
12907296       +St Margarets of Scotland,    915 Alice Street,    Pittsburgh, PA 15220-3313
12907297       +The Bourassa Law Group,    PO Box 28039,    Las Vegas, NV 89126-2039
12907298       +UPMC Mercy,    State Collection Service,    2509 South Stoughton Road,    Madison, WI 53716-3314
12907300        Verizon,    PO Box 28000,    Lehigh Valley, PA 18002-8000
12907301       +Verizon Pennsylvania,    500 Technology Drive,    Saint Charles, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
12907265        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 04 2017 02:22:58     Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
12940863        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2017 02:19:30      B-Line, LLC,
                 MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12907268       +E-mail/Text: bankruptcy@cavps.com Apr 04 2017 02:23:19     Calvary Portfolio Services,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, New York 10595-2322
12955032       +E-mail/Text: bankruptcy@cavps.com Apr 04 2017 02:23:19     Cavalry Portfolio Services, LLC,
                 500 Summit Lake Dr Suite #400,    Valhalla, NY 10595-2322
12907270        E-mail/Text: tuscolsup@fisglobal.com Apr 04 2017 02:23:29
                 Certegy Payment Recovery Service Inc,    11601 Roosevelt Boulevard,
                 Saint Petersburg, FL 33716-2202
12907274       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 04 2017 02:22:58     Children's Palace/Citibank,
                 c/o Asset Acceptance,    PO Box 1630,    Warren, MI 48090-1630
12907280        E-mail/Text: mrdiscen@discover.com Apr 04 2017 02:22:27     Discover,    PO Box 15251,
                 Wilmington, DE 19886-5251
12907283       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Apr 04 2017 02:23:40     Duquesne Light Compan,
                 Customer Service Department,    411 Seventh Avenue, MD 6-1,    Pittsburgh, PA 15219-1942
12978730       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Apr 04 2017 02:23:40     Duquesne Light Company,
                 411 7th Ave #16,    Pittsburgh, PA 15219-1942
```

```
District/off: 0315-2              User: amaz                 Page 2 of 2                  Date Rcvd: Apr 03, 2017
                                  Form ID: pdf900            Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13266797         +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2017 02:19:31
                   East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                   Greenville, SC 29602-0288
12907289         +E-mail/Text: ally@ebn.phinsolutions.com Apr 04 2017 02:22:26       GMAC,    PO Box 380901,
                   Minneapolis, MN 55438-0901
12907292         +E-mail/Text: csc.bankruptcy@amwater.com Apr 04 2017 02:23:37       Pennsylvania American Water,
                   P.O. Box 578,   Alton IL 62002-0578
12907299         +E-mail/Text: james.r.shear@hud.gov Apr 04 2017 02:23:34       US Department of HUD,
                   52 Corporate Circle,   Albany NY 12203-5166
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Commonwealth Financial Systems, Inc.
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, NA
cr              PNC Bank, N.A.
cr              Pittsburgh Water & Sewer Authority
cr*            +City Co Federal Credit Union,   220 Grant Street,   Pittsburgh, PA 15219-2123
cr*            +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                 GREENVILLE, SC 29602-0288
12907288*      +Gina Marie Hendrick,   1446 Hidden Timber Drive,   Pittsburgh, PA 15220-4721
                                                                                        TOTALS: 5, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    PNC Bank, N.A. kebeck@weltman.com,   jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Creditor    Commonwealth Financial Systems, Inc.
               pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert W. Koehler    on behalf of Debtor Daniel Matthew Hendrick rkoehler@pghlaw.com,
               hobkin.koehler@aim.com
              Robert W. Koehler    on behalf of Joint Debtor Gina Marie Hendrick rkoehler@pghlaw.com,
               hobkin.koehler@aim.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 10
```